SUPERIOR COURT OF CALIFORNIA

COUNTY OF HUMBOLDT

| | |
|---|---|
| ANDREW HAMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1,<br><br>　　　　Defendants. | CASE NO.: C-12-6077-JSW<br><br>[PROPOSED] ORDER OF DISMISSAL OF THE CITY OF ARCATA |

Good cause appearing therefore, based upon the Stipulation of the parties hereto through their respective counsel, it is hereby ordered that the City of Arcata is dismissed from the within action, without prejudice, subject to the terms and conditions of the Stipulation of the parties filed herein.

DATED: February 7, 2013

_____
HONORABLE JEFFREY S. WHITE
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

[PROPOSED] ORDER OF DISMISSAL OF THE CITY OF ARCATA (C-12-6077-JSW)