1

2

3

4

5

6

7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF HUMBOLDT

10   ANDREW HAMER,                    CASE NO.: C-12-6077-JSW

11          Plaintiff,                [PROPOSED] ORDER OF DISMISSAL
                                      OF THE CITY OF ARCATA
12   vs.

13   CITY OF EUREKA; COUNTY OF
     HUMBOLDT; CITY OF ARCATA;
14   STATE OF CALIFORNIA,
     DEPARTMENT OF THE HIGHWAY
15   PATROL; TERRY LILES, MURL
     HARPHAM, BILL NOVA; JOHN DOE 1,
16
            Defendants.
17

18       Good cause appearing therefore, based upon the Stipulation of the parties hereto

19   through their respective counsel, it is hereby ordered that the City of Arcata is dismissed

20   from the within action, without prejudice, subject to the terms and conditions of the

21   Stipulation of the parties filed herein.

22   DATED:  February 7, 2013

23                              _____

24                              HONORABLE JEFFREY S. WHITE
                                United States District Court
25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

[PROPOSED] ORDER OF DISMISSAL OF THE CITY OF ARCATA (C-12-6077-JSW)