David P. Dibble, Esq. #73938
LAW OFFICES OF DAVID DIBBLE
123 F. St., Suite D
Eureka, CA 95501

Telephone: (707) 444-9330
Facsimile: (866) 912-7460
email: diblaw1@gmail.com

Attorneys for Plaintiff Andrew Hamer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM; BILL NOVA; JOHN DOE 1,<br><br>　　　　Defendants. | Case No. CV 12-6077-JSW<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; DECLARATION IN SUPPORT THEREOF; ORDER** |

**STIPULATION**

The parties to this action hereby stipulate that plaintiff be granted leave to file the proposed First Amended Complaint, a copy of which is attached hereto as Exhibit 1.

DATED:　　April 29, 2013　　　LAW OFFICES OF DAVID DIBBLE

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　David P. Dibble, Esq.
　　　　　　　　　　　　　　　Attorneys for Plaintiff Andrew Hamer

///

DATED: MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: _____
Nancy K. Delaney, Esq.
Attorneys for defendants City of Eureka, City of Arcata, Terry Liles, Murl Harpham and Bill Nova

DATED: ZWERDLING, BRAGG & MAINZER, LLP

By: *W. R. Bragg* (signature)
William R. Bragg, Esq.
Attorneys for defendant County of Humboldt

# DECLARATION OF DAVID P. DIBBLE, ESQ. IN SUPPORT OF STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

I, DAVID P. DIBBLE, declare:

That I am an attorney at law admitted to practice before this Court and all courts of the State of California and have my offices in Eureka, Humboldt County, California, and am one of the attorneys for the plaintiff in the within action. That I have personal knowledge of the following facts and if called upon to testify could competently testify thereto.

Upon the filing of the Complaint in this action, plaintiff was unaware of the identity of one of the law enforcement personnel that assisted in the restraint and detention of plaintiff on the morning of November 11, 2011. In addition, plaintiff was unaware of the employer of that person. Accordingly, that person was named in the Complaint as John Doe 1 and the agencies participating in this enforcement action were named as his employer.

Since filing the complaint, defendant County of Humboldt has identified that person as Humboldt County Sheriff Deputy James Mowrey. Accordingly, plaintiff desires to file a First Amended Complaint naming Deputy Mowrey in place and in stead of defendant John Doe 1. Plaintiff has also agreed to dismiss the City of Arcata upon its representation that none of its personnel were involved in the restraint and detention of plaintiff. The proposed First Amended Complaint incorporates these changes.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:            MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:     /s/ Nancy K. Delaney
Nancy K. Delaney, Esq.
Attorneys for defendants City of Eureka, City of Arcata, Terry Liles, Murl Harpham and Bill Nova

DATED:            ZWERDLING, BRAGG & MAINZER, LLP

By:     _____
William R. Bragg, Esq.
Attorneys for defendant County of Humboldt

**DECLARATION OF DAVID P. DIBBLE, ESQ. IN SUPPORT OF STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

I, DAVID P. DIBBLE, declare:

        That I am an attorney at law admitted to practice before this Court and all courts of the State of California and have my offices in Eureka, Humboldt County, California, and am one of the attorneys for the plaintiff in the within action. That I have personal knowledge of the following facts and if called upon to testify could competently testify thereto.

        Upon the filing of the Complaint in this action, plaintiff was unaware of the identity of one of the law enforcement personnel that assisted in the restraint and detention of plaintiff on the morning of November 11, 2011. In addition, plaintiff was unaware of the employer of that person. Accordingly, that person was named in the Complaint as John Doe 1 and the agencies participating in this enforcement action were named as his employer.

        Since filing the complaint, defendant County of Humboldt has identified that person as Humboldt County Sheriff Deputy James Mowrey. Accordingly, plaintiff desires to file a First Amended Complaint naming Deputy Mowrey in place and in stead of defendant John Doe 1. Plaintiff has also agreed to dismiss the City of Arcata upon its representation that none of its personnel were involved in the restraint and detention of plaintiff. The proposed First Amended Complaint incorporates these changes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2013 at Eureka, Humboldt County, California.

_____
David P. Dibble, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 29, 2013

_____
Hon. Jeffrey S. White, Judge

3

Stipulation for Leave to File First Amended Complaint; Declaration in Support Thereof; Order - CV 12-6077-JSW