UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.: C-12-6077-JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER |
| vs. | |
| CITY OF EUREKA, et al., | |
| Defendants. | |

The Court, having considered the Joint Stipulation to Modify the Existing Scheduling Order submitted by counsel for plaintiff and counsel for defendants, hereby extends the dates as requested in the Joint Stipulation as follows:

| **Description** | **Present Cutoff** | **New Date** |
|---|---|---|
| Deadline for Settlement Conference by Magistrate Judge Vadas | July 22, 2013 | August 22, 2013 |
| Fact Discovery Cutoff | August 23, 2013 | September 23, 2013 |

All other provisions of the Order Scheduling Trial and Pretrial Matters filed March 25, 2013, shall remain unchanged.

IT IS SO ORDERED.

DATED: July 11, 2013    _____
JEFFREY S. WHITE
United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO MODIFY
EXISTING SCHEDULING ORDER    (C-12-6077-JSW)