1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.: C-12-6077-JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER RE: EXPERT DISCOVERY CUT-OFF |
| vs. | |
| CITY OF EUREKA, et al., | |
| Defendants. | |

The Court, having considered the Joint Stipulation to Modify the Existing Scheduling Order submitted by counsel for plaintiff and counsel for defendants, hereby sets the date for designation of experts and extends the dates, as requested, in the Joint Stipulation as follows:

| Description | Present Cut-Off | New Date |
|---|---|---|
| Deadline of Designation of Experts | 9/20/2013 – Informal Party Agreement | 10/25/2013 - by Court Order |
| Expert Discovery Cut-Off | 11/14/2013 | 12/6/2013 |

All other provisions of the Order Scheduling Trial and Pretrial Matters filed March 25, 2013, and revised by Order dated July 11, 2013, shall remain unchanged.

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING
SCHEDULING ORDER RE: EXPERT DISCOVERY CUT-OFF (C-12-6077-JSW)

1  IT IS SO ORDERED.

2  DATED: July 24, 2013

*/s/ Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING
SCHEDULING ORDER RE: EXPERT DISCOVERY CUT-OFF  (C-12-6077-JSW)