UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.: C-12-6077-JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER |
| vs. | |
| CITY OF EUREKA, et al., | |
| Defendants. | |

The Court, having considered the Joint Stipulation to Modify the Existing Scheduling Order submitted by counsel for plaintiff and counsel for defendants, hereby extends the dates as requested in the Joint Stipulation as follows:

| **Description** | **Present Cutoff** | **New Date** |
|---|---|---|
| Expert discovery cut-off (as to liability experts only) | November 15, 2013 | December 15, 2013 |
| Disclosure of damages experts | October 25, 2013 | January 15, 2014 |
| Expert discovery cut-off (as to damages experts only) | December 6, 2013 | March 3, 2014 |

All other provisions of the Order Scheduling Trial and Pretrial Matters filed March

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY
EXISTING SCHEDULING ORDER (C-12-6077-JSW)

1 | 25, 2013, shall remain unchanged.
2 |     IT IS SO ORDERED.
3 |
4 | DATED: __November 6, 2013__    _____/s/ Jeffrey S. White_____
5 |                                JEFFREY S. WHITE
                               United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY
EXISTING SCHEDULING ORDER    (C-12-6077-JSW)