1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ANDREW HAMER,

10            Plaintiff,                          No. C 12-06077 JSW

11    v.

12    CITY OF EUREKA, ET AL.,                    **ORDER VACATING HEARINGS**

13            Defendants.

    _____/

14

15            Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for judgment as a

16    matter of law and motion for summary judgment which have been noticed for hearing on

17    Friday, April 18, 2014 at 9:00 a.m., are appropriate for decision without oral argument.

18    Accordingly, the hearing date is hereby VACATED.  The motions will be taken under

19    submission and decided on the papers.

20            **IT IS SO ORDERED.**

21

22    Dated:    April 10, 2014                    _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
For the Northern District of California