Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, TERRY LILES,
MURL HARPHAM & BILL NOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.:  C-12-6077-JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1, | |
| Defendants. | |

1. Hearing on the motions of defendants for reconsideration of adverse rulings on their respective motions for summary judgment/judgment as a matter of law is scheduled for August 15, 2014;

2. All parties agree through their respective counsel that, in light of the pending hearing, setting of a settlement conference would be premature and that the status conference to accomplish same should be continued until after August 29, 2014, to

/ / /

/ / /

/ / /

1
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE

1 | a date convenient for the Court.

2 | **IT IS SO STIPULATED.**

3 | Dated:  July 25, 2014                              LAW OFFICES OF DAVID P. DIBBLE

5 | By:  _/s/ David P. Dibble_
6 | David P. Dibble
    Attorneys for Plaintiff

7 | Dated:  July 25, 2014                              MITCHELL, BRISSO, DELANEY & VRIEZE

9 | By:  _/s/ Nancy K. Delaney_
10 | Nancy K. Delaney
     Attorneys for City Defendants

12 | Dated:  July 25, 2014                             ZWERDLING, BRAGG & MAINZER, LLP

14 | By:  _/s/ William R. Bragg_
     William R. Bragg
15 | Attorneys for County Defendants

\* \* \* \* \*   Status Conference is reset to September 16, 2014 at 1:00 pm.

16 | **IT IS SO ORDERED.**

18 | Dated:  __July 28, 2014__                        _____
     Magistrate Judge Nandor J. Vadas
19 |                                                   United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE