**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW HAMER,

        Plaintiff,

  v.

CITY OF EUREKA, ET AL.,

        Defendants.

_____/

No. C 12-06077 JSW

**ORDER VACATING HEARINGS**

     Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for reconsideration which have been noticed for hearing on Friday, August 15, 2014 at 9:00 a.m., are appropriate for decision without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motions will be taken under submission and decided on the papers.

     **IT IS SO ORDERED.**

Dated:   August 13, 2014

                                 _____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE