Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, TERRY LILES,
MURL HARPHAM & BILL NOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.:  C-12-6077-JSW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1, | |
| Defendants. | |

All parties agree through their respective counsel that, in light of the pending appeal and the current briefing schedule, a case management conference would be unnecessary at this juncture and that the same should be continued to **June 23, 2015, at 1:00 p.m.**

**IT IS SO STIPULATED.**

Dated:  January 27, 2015          LAW OFFICES OF DAVID P. DIBBLE


                                  By:   */s/  David P. Dibble*
                                        David P. Dibble
                                        Attorneys for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1  Dated: January 27, 2015                    MITCHELL, BRISSO, DELANEY & VRIEZE

2

3                                              By:  */s/ Nancy K. Delaney*
                                                    Nancy K. Delaney
4                                                   Attorneys for City Defendants

5  Dated: January 27, 2015                    ZWERDLING, BRAGG & MAINZER, LLP

6

7                                              By:  */s/ William R. Bragg*
                                                    William R. Bragg
8                                                   Attorneys for County Defendants

9
                                          ORDER
10

11     The status conference in this matter is continued to June 23, 2015. The parties are instructed to notify chambers prior to the status conference should the status of the appeal change.
12

13     **IT IS SO ORDERED**.

14  Dated: January 27, 2015

15                                              _____

16                                              NANDOR J. VADAS
                                                United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE