Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, TERRY LILES,
MURL HARPHAM & BILL NOVA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1,<br><br>        Defendants. | CASE NO.:  C-12-6077-JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

All parties agree through their respective counsel that, in light of the pending appeal, a case management conference would be unnecessary at this juncture and that the same should be continued to **September 8, 2015, at 1:00 p.m.**  The parties further stipulate that should the case be sent back from the Court of Appeals prior to September, 2015, they will immediately notify Magistrate Judge Vadas.

**IT IS SO STIPULATED.**

Dated:  June 19, 2015                    LAW OFFICES OF DAVID P. DIBBLE

                                         By:   */s/ David P. Dibble*
                                               David P. Dibble
                                               Attorneys for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE

1  Dated: June 19, 2015                MITCHELL, BRISSO, DELANEY & VRIEZE

2

3                                       By:   */s/ Nancy K. Delaney*
                                              Nancy K. Delaney
4                                             Attorneys for City Defendants

5  Dated: June 19, 2015                ZWERDLING, BRAGG & MAINZER, LLP

6

7                                       By:   */s/ William R. Bragg*
                                              William R. Bragg
8                                             Attorneys for County Defendants

9
                                        * * * * *
10 **IT IS SO ORDERED.**

11 Dated: June 23, 2015                 _____
12                                       Magistrate Judge Nandor J. Vadas
                                         United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

                                        2
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE