Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, TERRY LILES,
MURL HARPHAM & BILL NOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.: C-12-6077-JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1, | |
| Defendants. | |

All parties agree through their respective counsel that, in light of the pending appeal, a status conference would be unnecessary at this juncture and that the same should be continued to **January 12, 2016, at 1:00 p.m.**  The parties further stipulate that should the case be sent back from the Court of Appeals prior to January 12, 2016, they will immediately notify Magistrate Judge Vadas.

**IT IS SO STIPULATED.**

Dated:  November 6, 2015          LAW OFFICES OF DAVID P. DIBBLE

By: ___/s/ David P. Dibble___
David P. Dibble
Attorneys for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1    Dated:  November 6, 2015           MITCHELL, BRISSO, DELANEY & VRIEZE

2

3                                      By:  */s/ Nancy K. Delaney*

4                                          Nancy K. Delaney
                                          Attorneys for City Defendants

5    Dated:  November 6, 2015           ZWERDLING, BRAGG & MAINZER, LLP

6

7                                        By:  */s/ William R. Bragg*

8                                          William R. Bragg
                                          Attorneys for County Defendants

9                               * * * * *

10   **IT IS SO ORDERED.**

11
    Dated:  November 9, 2015

12                                  Magistrate Judge Nandor J. Vadas
                                  United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE