Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, TERRY LILES,
MURL HARPHAM & BILL NOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAMER, | CASE NO.: C-12-6077-JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CITY OF EUREKA; COUNTY OF HUMBOLDT; CITY OF ARCATA; STATE OF CALIFORNIA, DEPARTMENT OF THE HIGHWAY PATROL; TERRY LILES, MURL HARPHAM, BILL NOVA; JOHN DOE 1, | |
| Defendants. | |

All parties agree through their respective counsel that, in light of the pending appeal, a status conference would be unnecessary at this juncture and that the same should be continued to **March 22, 2016, at 1:00 p.m.** The parties further stipulate that should the case be sent back from the Court of Appeals prior to March 22, 2016, they will immediately notify Magistrate Judge Vadas.

**IT IS SO STIPULATED.**

Dated: January 6, 2016          LAW OFFICES OF DAVID P. DIBBLE

                                By:  */s/ David P. Dibble*
                                     David P. Dibble
                                     Attorneys for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE

1  Dated: January 6, 2016                    MITCHELL, BRISSO, DELANEY & VRIEZE

2

3                                            By:   */s/ Nancy K. Delaney*
                                                   Nancy K. Delaney
4                                                  Attorneys for City Defendants

5  Dated: January 6, 2016                    ZWERDLING, BRAGG & MAINZER, LLP

6

7                                            By:   */s/ William R. Bragg*
                                                   William R. Bragg
8                                                  Attorneys for County Defendants

9
                                             * * * * *
10 **IT IS SO ORDERED.**

11 Dated: __January 7, 2016__                 _____
12                                            Magistrate Judge Nandor J. Vadas
                                              United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

                                2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE